955 A.2d 349

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Timothy DAVIS, a/k/a Tyrone Davis, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 19, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2008, the Petition for Review is **DENIED.**

955 A.2d 349

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John F. HILL, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 19, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**